UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERMIS MANAGEMENT COMPANY, LIMITED<br><br>    Plaintiff,<br><br>-v-<br><br>UNITED CALIFORNIA DISCOUNT CORPORATION D/B/A UNITED NEVADA TRADE INTERNATIONAL, JOSEPH P. CLARK, AND DAVID B. CLARK,<br><br>    Defendants. | **09 CIV 7452**<br><br>No. 09 Civ. _____<br><u>ORDER</u> |

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's August 24, 2009 application for an order directing that this matter be temporarily filed under seal. The declaration submitted in support of Plaintiff's application asserts that the matter should be sealed because "[i]f a defendant was made aware of the attachment order, a defendant could seek to keep its assets outside of the jurisdiction for the purpose of avoiding the attachment." Plaintiff fails to cite a single case in support of the proposition that its interest in effectuating attachment merits an order of sealing. Accordingly, the application for temporary sealing is denied without prejudice to renewal, and IT IS FURTHER ORDERED that a copy of this Order shall be attached to Plaintiff's pleading, submitted to any Court to which this matter is subsequently assigned, and separately docketed upon the commencement of this action.

SO ORDERED

DATED:   August 24, 2009
         New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE