```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED #: _10/26/09_         │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ERMIS MANAGEMENT COMPANY, LIMITED,

                        Plaintiff,

            -against-                                    09 Civ. 7452 (LAK)


UNITED CALIFORNIA DISCOUNT
CORPORATION, et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


                            **ORDER**


LEWIS A. KAPLAN, *District Judge.*

            Plaintiff shall show cause, on or before November 10, 2009, why the process of

maritime attachment previously issued in this action should not be vacated or modified and the

action dismissed in light of *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.,* Nos. 08-3477-

cv(L), 08-3758-cv(XAP), (2d Cir. Oct. 16, 2009).

            SO ORDERED.

Dated:        October 26, 2009


                                            _____
                                                    Lewis A. Kaplan
                                            United States District Judge